```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611160875
Cashier ID: galangj
Transaction Date: 08/16/2022
Payer Name: Bizgistics LLC
------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Bizgistics LLC
 Case/Party: D-CAN-3-22-CV-004689-001
 Amount:         $402.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 1194
 Amt Tendered: $402.00
------------------------------------
Total Due:       $402.00
Total Tendered: $402.00
Change Amt:      $0.00


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```