Ron Cuff
150 Raley Town Cntr # 2512
Rohnert Park, CA 94928



U.S. POSTAGE PAID
FCM LG ENV
ROHNERT PARK, CA
94928
AUG 12, 22
AMOUNT
$2.40

1000        94102        R2304W119297-8

Clerk
US District Court
450 Golden Gate Av 16 El
San Francisco, CA 94102

