Steven P. Warner (SBN 159404)
Email: swarner@reedsmith.com
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants
Synchrony Bank

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP, <br><br> Plaintiff, <br><br> vs. <br><br> SYNCHRONY BANK; and DOES 1-10 inclusive, <br><br> Defendants. | CASE NO. 3:22-cv-04689-LB <br><br> **SYNCHRONY BANK'S NOTICE OF INTERESTED PARTIES** <br><br> Compl. Filed: August 15, 2022 |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Civil L.R. 3-15, the undersigned, counsel of record for Defendant Synchrony Bank, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Synchrony Bank is a wholly owned subsidiary of Synchrony Financial.

1  Synchrony Financial is a publicly traded company, and no entity or shareholder owns
2  10% or more of its publicly traded shares.

4  Dated this the 21th day of September, 2022.

Respectfully submitted,

*/s/ Steven Warner*
Steven P. Warner
Reed Smith LLP

Counsel for Defendants
Synchrony Bank

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –
SYNCHRONY BANK'S NOTICE OF INTERESTED PARTIES