**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Lisa M. Lawrence** (SBN 240375)
213-377-5504 | llawrence@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
LVNV Funding, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP,<br><br>        Plaintiff,<br><br>v.<br><br>FLINT C. ZIDE; LAW OFFICES HARRIS AND ZIDE;  ROBERT HARRIS; SARKIS S. KARAYAN; L VNV FUNDING, LLC.; SYNCHRONY BANK; LAW OFFICES PANTENAUDE & FELIX A.P.C.; MICHAEL R. BOULANGER; RESURGENT CAPITAL SERVICES, LP; EXPERIAN; TRANSUNION; EQUAFAX, AND DOES 1-10, inclusive,<br><br>        Defendants. | Case No.:   4:22-cv-04689-YGR<br><br>**DEFENDANT LVNV FUNDING, LLC'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-15, the undersigned, counsel of record for Defendant LVNV Funding, LLC ("LVNV"), certify that the following listed entities or persons may have a pecuniary interest in the outcome of this case. These disclosures are made to enable the Court to evaluate possible disqualification or recusal.

1. LVNV is wholly owned by Sherman Originator, LLC.  Sherman Originator, LLC is not a publicly traded corporation on the New York Stock Exchange, does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

DATED:  September 22, 2022            YU | MOHANDESI LLP


                                      By   /s/ B. Ben Mohandesi
                                          B. Ben Mohandesi
                                          Attorneys for Defendant
                                          LVNV Funding, LLC

## CERTIFICATE OF SERVICE

I certify that on September 22, 2022, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: September 22, 2022

YU | MOHANDESI LLP

By  */s/ B. Ben Mohandesi*
    B. Ben Mohandesi