**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Lisa M. Lawrence** (SBN 240375)
213-377-5504 | llawrence@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
Resurgent Capital Services, L.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FLINT C. ZIDE; LAW OFFICES HARRIS AND ZIDE; ROBERT HARRIS; SARKIS S. KARAYAN; L VNV FUNDING, LLC.; SYNCHRONY BANK; LAW OFFICES PANTENAUDE & FELIX A.P.C.; MICHAEL R. BOULANGER; RESURGENT CAPITAL SERVICES, LP; EXPERIAN; TRANSUNION; EQUAFAX, AND DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.:   4:22-cv-04689-YGR<br><br>**DEFENDANT RESURGENT CAPITAL SERVICES, L.P.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-15, the undersigned, counsel of record for Defendant Resurgent Capital Services, L.P. ("Resurgent"), certify that the following listed entities or persons may have a pecuniary interest in the outcome of this case. These disclosures are made to enable the Court to evaluate possible disqualification or recusal.

1. Resurgent is 99%-owned by Resurgent Holdings, LLC and 1%-owned by Alegis Group, LLC. Resurgent Holdings, LLC and Alegis Group, LLC are not publicly traded corporations on the New York Stock Exchange, do not have a parent corporation, and no publicly held corporation owns 10% or more of their stock.

DATED: September 22, 2022        YU | MOHANDESI LLP

By  */s/ B. Ben Mohandesi*
    B. Ben Mohandesi
    Attorneys for Defendant
    Resurgent Capital Services, L.P.

# CERTIFICATE OF SERVICE

I certify that on September 22, 2022, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: September 22, 2022

                YU | MOHANDESI LLP

By   */s/ B. Ben Mohandesi*
        B. Ben Mohandesi