YU | MOHANDESI LLP
633 W. Fifth Street, Suite 2800
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP,<br><br>        Plaintiff,<br><br>v.<br><br>FLINT C. ZIDE; LAW OFFICES HARRIS AND ZIDE; ROBERT HARRIS; SARKIS S. KARAYAN; L VNV FUNDING, LLC.; SYNCHRONY BANK; LAW OFFICES PANTENAUDE & FELIX A.P.C.; MICHAEL R. BOULANGER; RESURGENT CAPITAL SERVICES, LP; EXPERIAN; TRANSUNION; EQUAFAX, AND DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 4:22-cv-04689-YGR<br><br>**ORDER CONTINUING BRIEFING SCHEDULE ON MOTION FOR JUDGMENT ON THE PLEADING** |

Pursuant to the parties' stipulation and good cause appearing, it is hereby ORDERED that the following dates for the briefing and hearing on the Motion for Judgment on the Pleadings (ECF No. 60 – "Motion") brought by Defendants LVNV Funding, LLC Resurgent Capital Services, L.P. ("Defendants") are continued as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's Response to Motion | April 4, 2023 | April 11, 2023 |
| Defendants' Reply | April 11, 2023 | April 18, 2023 |
| Hearing | April 25, 2023, 2:00 pm | May 2, 2023 at 2:00 pm |

**IT IS SO ORDERED.**

Dated: 3/30/2023               By: _____
                                    Hon. Yvonne Gonzalez Rogers