1  Amy Lopez, Bar No. 335669
   amylopez@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, California  92612.4408
   Telephone:     +1.949.851.3939
4  Facsimile:      +1.949.553.7539

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             OAKLAND DIVISION

11

| | |
|---|---|
| 12  RONALD CUPP, | Case No. 4:22-cv-04689-YGR |
| 13         Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| 14     v. | |
| 15  FLINT C. ZIDE, et al., | |
| 16         Defendants. | |
| 17 | Complaint Filed:  August 15, 2022 |

18

19  TO THE HONORABLE JUDGE YVONNE GONZALEZ ROGERS:

20       Plaintiff Ronald Cupp and Defendant Experian Information Solutions, Inc. file this

21  Stipulation for Dismissal with Prejudice and in support thereof would respectfully show the Court

22  as follows:

23       There are no longer any issues in this matter between Ronald Cupp and Experian

24  Information Solutions, Inc. to be determined by this Court.  The Plaintiff hereby stipulates that all

25  claims or causes of action against Experian Information Solutions, Inc. which were or could have

26  been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs and

27  attorneys' fees to be paid by the party incurring same.

28

NAI-1536451216v1

STIPULATION FOR
DISMISSAL OF EXPERIAN
Case No.: 4:22-cv-04689-YGR

| | | |
|---|---|---|
| 1 | Dated: April 10, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Ronald Cupp* |
| 4 | | Ronald Cupp |
| 5 | | Plaintiff *Pro Se* |
| 6 | | |
| 7 | Dated: April 10, 2023 | Respectfully submitted, |
| 8 | | JONES DAY |
| 9 | | |
| 10 | | By: */s/ Amy Lopez* <br> Amy Lopez |
| 11 | | Attorneys for Defendant <br> EXPERIAN INFORMATION SOLUTIONS, INC. |

### Signature Certification

Pursuant to Local Rule, I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

*/s/ Amy Lopez*
Amy Lopez

# CERTIFICATE OF SERVICE

I, Amy Lopez, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On April 10, 2023, I served a copy of the **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court for the Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Behzad Ben Mohandesi<br>Jordan S. Yu<br>Yu Mohandesi LLP<br>633 West Fifth Street, Suite 2800<br>Los Angeles, CA 90071<br>T: (213) 377-5505<br>F: (213) 377-5501<br>Email: bmohandesi@yumollp.com<br>Email: jyu@yumollp.com<br>*Attorneys for Flint C. Zide;*<br>Law Offices of Harris and Zide;<br>Sarkis S. Karayan;<br>LVNV Funding, LLC; and<br>Resurgent Capital Services, LP | Laura M. D'Anna<br>Patenaude & Felix, APC<br>6800 Owensmouth Ave., Suite 290<br>Canoga Park, CA 91303<br>T: (818) 784-3366<br>Email: laura.danna@pandf.us<br>*Attorneys for Law Offices of Patenaude &*<br>*Felix, A.P.C., and*<br>*Michael R Boulanger* |

NAI-1536451216v1

- 3 -

STIPULATION FOR
DISMISSAL OF EXPERIAN
Case No.: 4:22-cv-04689-YGR

Raymond Alcide Patenaude
Stephanie Jo Boone
Patenaude & Felix, APC
4545 Murphy Canyon Road
Third Floor
San Diego, CA 92123-4363
T: (858) 244-7600
F: (858) 836-0318
Email: rayp@pandf.us
Email: stephanie.boone@pandf.us
*Attorneys for Law Offices of Patenaude & Felix, A.P.C., and Michael R Boulanger*

I further certify that on April 10, 2023, I caused the foregoing document to be placed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California, addressed to the following non-CM/ECF participant(s):

Ronald Cupp
150 Raley Town Center, Ste 2512
Rohnert Park, CA 94928
T: (707) 318-9929
*Pro Se Plaintiff*

Executed on April 10, 2023, at Irvine, California.

　　　　　　　　　　　　　　　　　　　　　*/s/ Amy Lopez*
　　　　　　　　　　　　　　　　　　　　　Amy Lopez